UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
LINDA SLADE,                                               :
:
                         Plaintiff,      :
:           22-CV-4738 (VSB)
         -against-                            :
:           **ORDER**
:
JIGSAW HEALTH, LLC,                                        :
:
                        Defendant.      :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported that the parties have reached a settlement in principle.  (Doc. 5.) Accordingly, it is hereby:

      ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated: July 13, 2022
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge